# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BAYMONT FRANCHISE SYSTEMS, INC.,**<br><br>　　　　　**Plaintiff,**<br><br>v.<br><br>**AMBA SAI SHAKTI, LLC; CHAMPAKLAL M. PATEL, MITESH PATEL, MUKESH PATEL, KISHOR PATEL,**<br><br>　　　　　**Defendants.** | Civ. No. 21-11861 (KM)(ESK)<br><br>**ORDER** |

　　　This matter having come before the Court on Plaintiff's motion (DE 9) for default judgment; and the Court having considered Plaintiff's submissions; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

　　　**IT IS** this 12th day of January 2022,

　　　**ORDERED** that Plaintiff's motion (DE 9) for default judgment is **GRANTED**.

　　　Within 30 days, Plaintiff shall file with the Court an additional submission documenting certain updated amounts and stating the justification for liquidated damages, as set forth in the accompanying Opinion, together with a proposed final judgment.

　　　　　　　　　　　　　　　　　　/s/ Kevin McNulty

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**Kevin McNulty**
　　　　　　　　　　　　　　　　　　**United States District Judge**